UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY, AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUNDS, ,<br><br>Plaintiffs,<br><br>-against-<br><br>MANCO ENTERPRISES OF NY INC. and ENDURANCE ASSURANCE CORPORATION,<br><br>Defendants. | 20 CV 4286 (MKB) (RLM)<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the claims against Defendant Manco Enterprises of NY Inc., in the above-captioned action are hereby dismissed without prejudice.

Dated: New York, New York
June 16, 2021

**VIRGINIA & AMBINDER, LLP**

By: _____/s/_____
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
agrancio@vandallp.com
*Attorneys for Plaintiffs*